# Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Edwin M Bampos

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Carrie Kenny "Bamper"
David Gross
Stewart Wandrai
Kim Wandrai
Michael Gross
Jim Burnett
Nhosa Lastname unknown

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

REC'D JUN 10 2026

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Edwin M Bampos |
| | Street Address | 245 NW 8th Street |
| | County, City | Dade, Miami |
| | State & Zip Code | Florida 33136 |
| | Telephone Number | |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Carrie Kenny "Bamper"
Street Address
County, City
State & Zip Code

Defendant No. 2

Name Stewart & Kim Wandrai
Street Address
County, City
State & Zip Code

Defendant No. 3

Name David & Michael Gross
Street Address
County, City
State & Zip Code

Defendant No. 4

Name Tim Burnett
Street Address
County, City
State & Zip Code

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Section 702 Violations
Domestic Violence Multiple States
Alienation of Children

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship ______

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New Jersey
~~Morr~~ Morris, Sommerset, Sussex county

B. What date and approximate time did the events giving rise to your claim(s) occur?
August 2017 - ongoing

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

C. Facts: August 2017 False Domestic violence claim against Myself was Filed. leading to Nine years of child Alienation. False DV and Divorce hearings, False child support,
I have no criminal record which I would have if I stopped paying child support.
Febuary 2018 a Micro chip was illegally inserted into my lower spine where It cannot be detected Because of spinal Fusion screws & Bolts.
It has caused tremendous harm to myself and my daughters, one of which Kaitlyn was cutting herself after this began.
The group has hacked and illegally Manipulated My Jobs, Money, Food Stamps, health insurance Medical records etc.

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional Distress Due to Illegal Loss of rights to see with my two Daughters, or Even communicate with them for nine years. shoulder Injuries, spine injuries, unknown other health Injuries as well. weight loss of more than 40 Pounds

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Monetary compensation Due to All Mentioned Above. Amount of no less than $500,000,000 Estimate. To Myself and my Daughters

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 10 day of June, 20 26.

Signature of Plaintiff Edwin M Bamper
Mailing Address 245 NW 8th Street
Miami, Fl, 33136

Telephone Number —

Fax Number *(if you have one)* —

E-mail Address —

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 10 day of June, 20 26, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: Edwin M Bamper

Inmate Number —